# Third District Court of Appeal

## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1101
Lower Tribunal No. 16-27509
_____

**Zoraida Suastegui,**
Appellant,

vs.

**Yolanda M. Suastegui, etc.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Feiler & Leach, P.L., and Martin E. Leach, for appellant.

Quesada Valdes, PLLC, and G. Frank Quesada, for appellees.

Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed.